Printed: 7/29/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 5/15/2005 through 7/28/2005*

Page 1 of 2

SBI: 00225275    NAME: DAVIS, CHRISTOPHER J



FILED
AUG 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-583

| Date | Balance |
|---|---|
| 05/15/2005 | $5.19 |
| 05/16/2005 | $5.19 |
| 05/17/2005 | $5.19 |
| 05/18/2005 | $0.18 |
| 05/19/2005 | $0.18 |
| 05/20/2005 | $0.18 |
| 05/21/2005 | $0.18 |
| 05/22/2005 | $0.18 |
| 05/23/2005 | $0.18 |
| 05/24/2005 | $0.18 |
| 05/25/2005 | $0.18 |
| 05/26/2005 | $0.00 |
| 05/27/2005 | $15.00 |
| 05/28/2005 | $15.00 |
| 05/29/2005 | $15.00 |
| 05/30/2005 | $15.00 |
| 05/31/2005 | $15.00 |
| 06/01/2005 | $4.28 |
| 06/02/2005 | $4.28 |
| 06/03/2005 | $4.28 |
| 06/04/2005 | $4.28 |
| 06/05/2005 | $4.28 |
| 06/06/2005 | $4.28 |
| 06/07/2005 | $4.28 |
| 06/08/2005 | $4.28 |
| 06/09/2005 | $4.28 |
| 06/10/2005 | $4.28 |
| 06/11/2005 | $4.28 |
| 06/12/2005 | $4.28 |
| 06/13/2005 | $19.28 |
| 06/14/2005 | $19.28 |
| 06/15/2005 | $10.36 |
| 06/16/2005 | $10.36 |
| 06/17/2005 | $10.36 |
| 06/18/2005 | $10.36 |
| 06/19/2005 | $10.36 |
| 06/20/2005 | $10.36 |
| 06/21/2005 | $10.36 |
| 06/22/2005 | $8.76 |
| 06/23/2005 | $8.76 |
| 06/24/2005 | $8.76 |
| 06/25/2005 | $8.76 |
| 06/26/2005 | $8.76 |
| 06/27/2005 | $8.76 |
| 06/28/2005 | $40.50 |
| 06/29/2005 | $40.50 |
| 06/30/2005 | $40.50 |
| 07/01/2005 | $40.50 |

Printed: 7/29/2005

## Average Daily Balance For Pauper Filing

Page 2 of 2

*For Days the Individual was in Residence at SCI from 5/15/2005 through 7/28/2005*

SBI: 00225275   NAME: DAVIS, CHRISTOPHER J

| Date | Balance |
|---|---|
| 07/02/2005 | $40.50 |
| 07/03/2005 | $40.50 |
| 07/04/2005 | $40.50 |
| 07/05/2005 | $40.50 |
| 07/06/2005 | $20.95 |
| 07/07/2005 | $20.95 |
| 07/08/2005 | $20.95 |
| 07/09/2005 | $20.95 |
| 07/10/2005 | $20.95 |
| 07/11/2005 | $45.95 |
| 07/12/2005 | $45.95 |
| 07/13/2005 | $36.00 |
| 07/14/2005 | $36.00 |
| 07/15/2005 | $36.00 |
| 07/16/2005 | $36.00 |
| 07/17/2005 | $36.00 |
| 07/18/2005 | $56.00 |
| 07/19/2005 | $76.00 |
| 07/20/2005 | $61.21 |
| 07/21/2005 | $61.21 |
| 07/22/2005 | $61.21 |
| 07/23/2005 | $61.21 |
| 07/24/2005 | $61.21 |
| 07/25/2005 | $61.21 |
| 07/26/2005 | $61.21 |
| 07/27/2005 | $38.77 |
| 07/28/2005 | $38.77 |

Summary for 'SBI' = 00225275 (75 detail records)          **Average Daily Balance:**   $21.94

# Prior Month -- Individual Statement

Date Printed: 7/29/2005                                                                 Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00225275 | DAVIS | CHRISTOPHER | J | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 5/15/2005 | $5.19 | $0.00 | $0.00 | $0.00 | $5.19 |
| Committed | | 5/15/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $5.19 |
| Commissary | | 5/18/2005 | ($5.01) | $0.00 | $0.00 | $0.00 | $0.18 |
| Copies | | 5/26/2005 | $0.00 | $0.00 | ($2.25) | $0.00 | $0.18 |
| Copies | | 5/26/2005 | $0.00 | $0.00 | ($1.75) | $0.00 | $0.18 |
| Postage | | 5/26/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $0.18 |
| Copies | | 5/26/2005 | ($0.18) | $0.00 | ($2.07) | $0.00 | $0.00 |
| Visit MO | DANIELLE MITCHELL | 5/27/2005 | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 |
| | | | | | Ending Mth Balance: | | $15.00 |

# Prior Month -- Individual Statement

Date Printed: 7/29/2005                                                                 Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $15.00 |
|---|---|---|---|---|---|---|
| 00225275 | DAVIS | CHRISTOPHER | J | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 6/1/2005 | ($10.72) | $0.00 | $0.00 | $0.00 | $4.28 |
| Copies | | 6/2/2005 | $0.00 | $0.00 | ($3.00) | $0.00 | $4.28 |
| Postage | | 6/2/2005 | $0.00 | $0.00 | ($0.91) | $0.00 | $4.28 |
| Postage | | 6/9/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $4.28 |
| Visit MO | DANIELLE MITCHELL | 6/13/2005 | $15.00 | $0.00 | $0.00 | $0.00 | $19.28 |
| Commissary | | 6/15/2005 | ($8.92) | $0.00 | $0.00 | $0.00 | $10.36 |
| Commissary | | 6/22/2005 | ($1.60) | $0.00 | $0.00 | $0.00 | $8.76 |
| Postage | | 6/23/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $8.76 |
| Postage | | 6/23/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $8.76 |
| Copies | | 6/23/2005 | $0.00 | $0.00 | ($1.00) | $0.00 | $8.76 |
| Copies | | 6/23/2005 | $0.00 | $0.00 | ($1.00) | $0.00 | $8.76 |
| Copies | | 6/23/2005 | $0.00 | $0.00 | ($0.50) | $0.00 | $8.76 |
| Copies | | 6/23/2005 | $0.00 | $0.00 | $0.50 | $0.00 | $8.76 |
| Visit MO | DANIELLE MITCHELL | 6/28/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $48.76 |
| Copies | | 6/28/2005 | ($3.00) | $0.00 | $0.00 | $0.00 | $45.76 |
| Postage | | 6/28/2005 | ($0.91) | $0.00 | $0.00 | $0.00 | $44.85 |
| Postage | | 6/28/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $44.45 |
| Copies | | 6/28/2005 | ($2.07) | $0.00 | $0.00 | $0.00 | $42.38 |
| Copies | | 6/28/2005 | ($1.75) | $0.00 | $0.00 | $0.00 | $40.63 |
| Postage | | 6/28/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $40.23 |
| Postage | | 6/28/2005 | ($0.23) | $0.00 | ($0.17) | $0.00 | $40.00 |
| Copies | | 6/28/2005 | $0.50 | $0.00 | $0.00 | $0.00 | $40.50 |
| | | | | | Ending Mth Balance: | | $40.50 |

# Current Month -- Individual Statement

Date Printed: 7/29/2005          Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $40.50 |
|---|---|---|---|---|---|---|
| 00225275 | DAVIS | CHRISTOPHER | J | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 7/6/2005 | ($19.55) | $0.00 | $0.00 | $0.00 | $20.95 |
| Postage | | 7/7/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $20.95 |
| Postage | | 7/7/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $20.95 |
| Copies | | 7/7/2005 | $0.00 | $0.00 | ($1.00) | $0.00 | $20.95 |
| Copies | | 7/7/2005 | $0.00 | $0.00 | ($1.00) | $0.00 | $20.95 |
| Visit MO | DANIELLE MITCHELL | 7/11/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $45.95 |
| Commissary | | 7/13/2005 | ($9.95) | $0.00 | $0.00 | $0.00 | $36.00 |
| Visit MO | DANIELLE MITCHELL | 7/18/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $56.00 |
| Mail MO | KATHLEEN DAVIS | 7/19/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $76.00 |
| Commissary | | 7/20/2005 | ($14.79) | $0.00 | $0.00 | $0.00 | $61.21 |
| Copies | | 7/26/2005 | $0.00 | $0.00 | ($1.50) | $0.00 | $61.21 |
| Commissary | | 7/27/2005 | ($15.07) | $0.00 | $0.00 | $0.00 | $46.14 |
| Postage | | 7/27/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $45.74 |
| Postage | | 7/27/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $45.34 |
| Copies | | 7/27/2005 | ($1.00) | $0.00 | $0.00 | $0.00 | $44.34 |
| Copies | | 7/27/2005 | ($1.00) | $0.00 | $0.00 | $0.00 | $43.34 |
| Postage | | 7/27/2005 | ($0.17) | $0.00 | $0.00 | $0.00 | $43.17 |
| Postage | | 7/27/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $42.77 |
| Copies | | 7/27/2005 | ($1.00) | $0.00 | $0.00 | $0.00 | $41.77 |
| Copies | | 7/27/2005 | ($1.00) | $0.00 | $0.00 | $0.00 | $40.77 |
| Copies | | 7/27/2005 | ($0.50) | $0.00 | $0.00 | $0.00 | $40.27 |
| Copies | | 7/27/2005 | ($1.50) | $0.00 | $0.00 | $0.00 | $38.77 |
| | | | | | Ending Mth Balance: | | $38.77 |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00