**ORIGINAL**

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED

AUG 1 0 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) _Christopher Joseph Davis 225275_
(Name of Plaintiff)          (Inmate Number)

_S.C.I. /P.O.Box 500/ Georgetown DE 19947_
(Complete Address with zip code)

By Mail
IFP

05 - 583

(2) _____
(Name of Plaintiff)          (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _Steven A. Bishop (98919)_

~~(2)~~ _Dewey Beach Police Dept._

_Sam Mackert_ (3) _Chief of Police, Dewey Beach_
(Names of Defendants)

(4) _The Town of Dewey Beach_
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

CIVIL COMPLAINT

• • Jury Trial Requested

I.     PREVIOUS LAWSUITS

A.     If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

No:     N/A _____

_____

_____

_____

_____

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?   • •(Yes) N/A • •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?   • •(Yes) • •No   N/A

C.    If your answer to "B" is Yes:

1.  What steps did you take? _____N/A_____

_____

2.  What was the result? _____N/A_____

_____

D.    If your answer to "B" is No, explain why not: ___N/A_____

_____

III.    **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Steven A. Bishop

Employed as ___Patrolman___ at ___Dewey Beach Police Dept.___

Mailing address with zip code: ___105 Rodney Ave. Dewey Beach DE 19971___

(2) Name of second defendant: Dewey Beach Police Dept.

Employed as ___N/A___ at _____

Mailing address with zip code: ___105 Rodney Ave Dewey Beach DE 19971___

(3) Name of third defendant: Sam Mackert

Employed as Chief of Police at ___Dewey Beach Police Dept___

Mailing address with zip code: ___105 Rodney Ave Dewey Beach DE 19971___

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(4)    The Town of Dewey Beach
       105 Rodney Ave
       Dewey Beach, DE 19971

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 5/15/05 in Dewey Beach, De., I was involved in a traffic stop with Patrolman Bishop. As Patrolman Bishop testified in Superior Court on 7/7/05, he "flung me off" the hood of his car. He then forsibly cuffed and man handled me into the patrol car, all before

2. placing me under arrest. I was denied the right to go to the bathroom and subsequently urinated on myself. Furthermore, patrolman Bishop failed to search my right hand pants pocket containing a lighter. This lighter later became a cause of endangerment to myself

3. while I was in protected custody. The Police Department, Police Chief, and Town of Dewey Beach are responsible for hiring and supporting such gross incompetance, unproffessional violence.

## V.  RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. My arms were bruised up and down their entire length. I suffered nerve damage from the handcuffs being too tight and being thrown about. I was placed in danger of being burnt/possible loss of life. I wish patrolman Bishop charged with the use of unnecessary

2.  Force and/or assault and endangering the welfare of a prisoner. I wish to be compensated justly for pain, humiliation, and all future medical expenses stemming from this incident.

3.  _____
    _____
    _____
    _____
    _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____8th____ day of ____August____, 2005.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M: 225275    BLDG. PT-326
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington DE 19801