IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Christopher Joseph Davis, )
                          )
    Plaintiff,             )
                          )
    v.                     ) Civil Action No. 05-583-JJF
                          )
Steven A. Bishop,          )
Sam Mackert,               )
                          )
    Defendants.            )

**AUTHORIZATION**

FILED
SEP 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Christopher Joseph Davis, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $9.35 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated August 25, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: August 29, 2005.

_Christopher Davis_
Name of Plaintiff

*[signature]*

Christopher Davis
I/M: 235275   BLDG: K67-C
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE PB 2230370
$00.370  SEP 23 05
FROM ZIP CODE 19947

U.S.M.S. X-RAY

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington DE
19801-3570