OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 4, 2006

TO: Christopher Joseph Davis
SBI# 225275
SCI
P.O. Box 500
Georgetown, DE 19947

**RE: U.S. Marshal 285 Forms**
*Civil Action #05-583(JJF)*

Dear Mr. Davis:

Please be advised that this office has received the USM forms for all defendants except for the Attorney General. You listed the incorrect name and address on the USM form.

Plus submit a new USM for the Attorney General to the Clerk's Office for Carl C. Danberg, Attorney General for the State of Delaware, 820 NORTH FRENCH STREET, WILMINGTON, DELAWARE 19801. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.