2/22/6

Christopher J. Davis
225275 (KEY-C)
S.C.I. P.O. Box 500
GEORGETOWN DE 19947

RE: CASE # 1:05-CV-583-JJF
    Davis v Bishop



To the Court:

By respect of Civil Rules 28 1915(e)(1), "The court may request an attorney to represent any person unable to afford counsel," I humbly ask the court to appoint counsel to represent me.

Thank You,

Christopher Davis



Christopher Davis
I/M: 225025   BLDG: K&7 C
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE PB 22230370
$00.390  FEB 24 06
FROM ZIP CODE 19947

U.S. District Court
Lock Box 18
King Street
Wilmington DE
19801

U.S.M.S
X-RAY