IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER JOSEPH DAVIS, : | |
| Plaintiff, : | Case No. 05-583-JJF |
| v. : | |
| STEVEN BISHOP, 98919 : | |
| DEWEY BEACH POLICE : | TRIAL BY JURY OF TWELVE DEMANDED |
| DEPARTMENT, SAM MACKERT, : | |
| CHIEF OF POLICE, DEWEY BEACH, : | |
| AND THE TOWN OF DEWEY BEACH, : | |
| Defendants. : | |

**MOTION OF DEFENDANTS, DEWEY BEACH POLICE DEPARTMENT, SAM MACKERT, Chief of Police and TOWN OF DEWEY BEACH, TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants, through their undersigned counsel, hereby move this Honorable Court to enter the attached Order, dismissing plaintiff's Complaint against them and, in support thereof, aver as follows:

1. Defendants request this Honorable Court to dismiss plaintiff's Complaint against them for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Motion of Defendants' Dewey Beach Police Department, Sam Mackert, Chief of Police And Town Of Dewey Beach, to Dismiss Plaintiff's Complaint.

WHEREFORE, defendants, Dewey Beach Police Department, Sam Mackert, Chief of Police, and Town of Dewey Beach, respectfully move this Honorable Court to dismiss plaintiff's Complaint against them with prejudice.

        MARSHALL, DENNEHEY, WARNER
        COLEMAN AND GOGGIN

BY:  */s/Kevin J. Connors*
       KEVIN J. CONNORS, ESQUIRE
       Attorney I.D. No. 2135
       1220 Market Street – 5th Floor
       Wilmington, DE 19801
       Telephone: 302-552-4302 Fax: 302-651-7905
       Attorney for Defendants, Dewey Beach Police
       Department, Sam Mackert, Chief of Police, and
       Town of Dewey Beach

Dated: March 28, 2006