## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER JOSEPH DAVIS, | : | Case No. 05-583-JJF |
| Plaintiff, | : | |
| | : | TRIAL BY JURY OF TWELVE DEMANDED |
| v. | : | |
| STEVEN A. BISHOP, 98919 DEWEY BEACH POLICE DEPARTMENT, SAM MACKERT, CHIEF OF POLICE, DEWEY BEACH, AND THE TOWN OF DEWEY BEACH, | : | |
| Defendants. | : | |

## ORDER

And now this ____ day of _____, 2006, upon consideration of the Motion of Defendants, Dewey Beach Police Department, Sam Mackert, Chief of Police, and Town of Dewey Beach, to Dismiss Plaintiff's Complaint with Memorandum of Points and Authorities, it is hereby Ordered that defendants' Motion to Dismiss is Granted and plaintiff's Complaint against Dewey Beach Police Department, Sam Mackert, Chief of Police, and Town of Dewey Beach, is Dismissed with Prejudice.

_____
Judge Joseph J. Farnan

\15_A\LIAB\KJCONNORS\LLPG\343105\VLLUCAS\13061\00439