IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER JOSEPH DAVIS, | : |
| | : Case No. 05-583-JJF |
| Plaintiff, | : |
| | : |
| v. | : TRIAL BY JURY OF TWELVE DEMANDED |
| | : |
| STEVEN A. BISHOP, 98919 | : |
| DEWEY BEACH POLICE | : |
| DEPARTMENT, SAM MACKERT, | : |
| CHIEF OF POLICE, DEWEY BEACH, | : |
| AND THE TOWN OF DEWEY BEACH, | : |
| | : |
| Defendants. | : |

### CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of MOTION OF DEFENDANTS, DEWEY BEACH POLICE DEPARTMENT, SAM MACKERT, CHIEF OF POLICE, DEWEY BEACH, AND THE TOWN OF DEWEY BEACH, TO DISMISS PLAINTIFF'S COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES in the above-captioned matter this date via e-filing and/or regular mail:

Christopher Joseph Davis
225275 S.C.I.
PO Box 500
Georgetown, DE 19947

>MARSHALL, DENNEHEY, WARNER
>COLEMAN AND GOGGIN
>
>BY:  */s/ Kevin J. Connors*
>KEVIN J. CONNORS, ESQUIRE
>Attorney I.D. No. 2135
>1220 Market Street – 5th Floor
>Wilmington, DE 19801
>Telephone: 302-552-4302 Fax: 302-651-7905
>Attorney for Defendants, Dewey Beach Police
>Department, Sam Mackert, Chief of Police, and
>Town of Dewey Beach

Dated: March 28, 2006
\15_A\LIAB\KJCONNORS\LLPG\343139\VLLUCAS\13061\00439