**ORIGINAL**

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
AUG 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) Christopher Joseph Davis  225275
(Name of Plaintiff)    (Inmate Number)

S.C.I. / P.O. Box 500 / Georgetown DE 19947
(Complete Address with zip code)

By Mail
IFP

05 - 583

(2) _____
(Name of Plaintiff)    (Inmate Number)

(Case Number)
(to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Steven A. Bishop (98719)
(2) Dewey Beach Police Dept.
(3) Sam Mackert, Chief of Police, Dewey Beach
(Names of Defendants)
(4) The Town of Dewey Beach
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

CIVIL COMPLAINT

** Jury Trial Requested

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

No    N/A

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? — (Yes) · · No    N/A

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? · (Yes) · · No    N/A

C. If your answer to "B" is Yes:

   1. What steps did you take?  N/A

   2. What was the result?  N/A

D. If your answer to "B" is No, explain why not:  N/A

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Steven A. Bishop
    Employed as Patrolman at Dewey Beach Police Dept.
    Mailing address with zip code: 105 Rodney Ave. Dewey Beach DE 19971

(2) Name of second defendant: Dewey Beach Police Dept.
    Employed as N/A at _____
    Mailing address with zip code: 105 Rodney Ave. Dewey Beach DE 19971

(3) Name of third defendant: Sam Mackert
    Employed as Chief of Police at Dewey Beach Police Dept
    Mailing address with zip code: 105 Rodney Ave. Dewey Beach DE 19971

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(4) The Town of Dewey Beach
    105 Rodney Ave.
    Dewey Beach, DE 19971

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 5/15/05 in Dewey Beach, Del., I was involved in a traffic stop with Patrolman Bishop. As Patrolman Bishop testified in Superior Court on 7/2/05, he "Flung me off" the hood of his car. He then forcibly cuffed and manhandled me into the patrol car, all before

2. placing me under arrest. I was denied the right to go to the bathroom and subsequently urinated on myself. Furthermore, patrolman Bishop failed to search my right hand pants pocket containing a lighter. This lighter later became a cause of endangerment to myself

3. while I was in protected custody. The Police Department, Police Chief, and Town of Dewey Beach are responsible for hiring and supporting such gross incompetence, unprofessional violence.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. My arms were bruised up and down their entire length. I suffered nerve damage from the handcuffs being too tight and being thrown about. I was placed in danger of being burnt/possible loss of life. I wish patrolman Bishop charged with the use of unnecessary

3

2. Force and/or assault and endangering the welfare of a prisoner. I wish to be compensated justly for pain, humiliation, and all future medical expenses stemming from this incident.

3. 

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8th__ day of __August__, 2005.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

**EXHIBIT "C"**

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR SUSSEX COUNTY

STATE OF DELAWARE

    VS.

CHRISTOPHER J DAVIS

Alias: No Aliases

DOB: 08/20/1969
SBI: 00225275

| CASE NUMBER:<br>0505010323 | CRIMINAL ACTION NUMBER:<br>S05-05-0408I<br>DUI ALC/DRUG-4T(F)<br>VS05-05-0407I<br>RECK BURN/EXPLD(M)<br>LIO:ARSON 2ND<br>S05-05-0409I<br>OFF TOUCHING LE(M)<br>S05-05-0410I<br>TERROR THREAT(M) |
|---|---|

COMMITMENT
NON-INJURY- BUT DUI RELATED.
SEE NOTES FOR FURTHER COURT ORDER-TERMS/CONDITIONS

### SENTENCE ORDER

NOW THIS 7TH DAY OF JULY, 2005, IT IS THE ORDER OF THE COURT THAT:

The defendant is adjudged guilty of the offense(s) charged. The defendant is to pay the costs of prosecution and all statutory surcharges.

AS TO S05-05-0408-I : NON-TIS
DUI ALC/DRUG-4T

The defendant is to pay a fine in the amount of $2000.00 plus all surcharges and fees (see attachment).

Effective July 7, 2005 the defendant is sentenced as follows:

- The defendant is placed in the custody of the Department of Correction for 5 year(s) at supervision level 5

- Suspended after serving 6 month(s) at supervision level 5

**APPROVED ORDER**   1   July 12, 2005 14:07

STATE OF DELAWARE
    VS.
CHRISTOPHER J DAVIS
DOB: 08/20/1969
SBI: 00225275

- And

- Upon successful completion at supervision level 5 **KEY**

- Balance of sentence is suspended for 1 year(s) supervision level 4 **RESIDENTIAL SUBS. ABUSE TREATMENT**

- Upon successful completion at supervision level 4 **RESIDENTIAL SUBS. ABUSE TREATMENT PRG.**

- Balance of sentence is suspended for 1 year(s) supervision level 3 **AFTERCARE**

- Hold at supervision level 3

- Until space is available at supervision level 4 **RESIDENTIAL SUBS. ABUSE TREATMENT PRG.**

The first 6 MONTHS of this sentence is a mandatory term of incarceration pursant to DE21417700A1FE.

Probation is concurrent to any probation now serving.

AS TO PS05-05-0407-I : TIS
RECK BURN/EXPLD

The defendant shall pay his/her restitution as follows:
$201.32 TO DEWEY BEACH PD

- The defendant is placed in the custody of the Department of Correction for 1 year(s) at supervision level 5

- Suspended for 1 year(s) at supervision level 3

Probation is concurrent to criminal action number 05-05-0408.

AS TO S05-05-0409-I : TIS
OFF TOUCHING LE

- The defendant is placed in the custody of the Department of Correction for 30 day(s) at supervision level 5

**APPROVED ORDER**    2    July 12, 2005 14:07

```
STATE OF DELAWARE
      VS.
CHRISTOPHER J DAVIS
DOB: 08/20/1969
SBI: 00225275
```

- Suspended for 1 year(s) at supervision level 3

Probation is concurrent to criminal action number 05-05-0408 .

**AS TO  S05-05-0410-I ; TIS**
**TERROR THREAT**

- The defendant is placed in the custody of the Department of Correction for 6 month(s) at supervision level 5

- Suspended for 1 year(s) at supervision level 3

Probation is concurrent to criminal action number 05-05-0408 .

```
**APPROVED ORDER**    3    July 12, 2005 14:07
```

SPECIAL CONDITIONS BY ORDER

STATE OF DELAWARE
    VS.
CHRISTOPHER J DAVIS
DOB: 08/20/1969
SBI: 00225275

CASE NUMBER:
0505010323

The defendant shall pay any monetary assessments ordered during the period of probation pursuant to a schedule of payments which the probation officer will establish.

The defendant is to complete special programs of instruction pursuant to 21 Del.C. 4177( )

Pursuant to 21 Del.C.4177G, the defendant shall participate in the Subsequent Offender Ignition Interlock Device

Defendant loses driving licenses/privileges pursuant to statute.

There is no blood alcohol content to report as there was no test administered.

Be evaluated for substance abuse and follow any recommendations for counseling, testing or treatment deemed appropriate.

Should the defendant be unable to complete financial obligations during the period of probation ordered, the defendant may enter the work referral program until said obligations are satisfied as determined by the Probation Officer.

NOTES
The defendant may be placed in the Key Program while serving his 6 month minimum mandatory sentence.

_____
JUDGE T. HENLEY GRAVES

**APPROVED ORDER**    4    July 12, 2005 14:07

## FINANCIAL SUMMARY

**STATE OF DELAWARE**
      **VS.**
**CHRISTOPHER J DAVIS**
DOB: 08/20/1969
SBI: 00225275

                               CASE NUMBER:
                                 0505010323

SENTENCE CONTINUED:

| | |
|---|---:|
| TOTAL DRUG DIVERSION FEE ORDERED | |
| TOTAL CIVIL PENALTY ORDERED | |
| TOTAL DRUG REHAB. TREAT. ED. ORDERED | 300.00 |
| TOTAL EXTRADITION ORDERED | |
| TOTAL FINE AMOUNT ORDERED | 2000.00 |
| FORENSIC FINE ORDERED | |
| RESTITUTION ORDERED | 201.32 |
| SHERIFF, NCCO ORDERED | |
| SHERIFF, KENT ORDERED | |
| SHERIFF, SUSSEX ORDERED | |
| PUBLIC DEF. FEE ORDERED | |
| PROSECUTION FEE ORDERED | 100.00 |
| VICTIM'S COM ORDERED | 360.00 |
| VIDEOPHONE FEE ORDERED | 4.00 |
| **TOTAL** | **2,965.32** |

\*\*APPROVED ORDER\*\*     5     July 12, 2005 14:07

## SURCHARGES

**STATE OF DELAWARE**
      VS.
**CHRISTOPHER J DAVIS**
DOB: 08/20/1969
SBI: 00225275

CASE NUMBER:
0505010323

| CRIM ACTION # | DESCRIPTION | AMOUNT |
|---|---|---|
| S05-05-0408 | DRTE | 300.00 |
| S05-05-0408 | VCF | 360.00 |

**APPROVED ORDER**   5   July 12, 2005 14:07