IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER JOSEPH DAVIS, | : | |
| 225275 S.C.I./P.O. Box 500 | : | |
| Georgetown, DE 19947 | : | |
| | : | |
| Plaintiffs, | : | Case No. 05-583-JJF |
| | : | |
| v. | : | |
| | : | |
| STEVEN A. BISHOP, 98919 | : | |
| Dewey Beach Police Department, SAM | : | JURY TRIAL REQUESTED |
| MACKERT, Chief of Police, Dewey | : | |
| Beach, and the TOWN OF DEWEY | : | |
| BEACH, | : | |
| | : | |
| Defendant. | : | |

### MOTION OF DEFENDANT, STEVEN A. BISHOP, FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Steven A. Bishop, through his undersigned counsel, hereby moves this Honorable Court for an extension of time to respond to Plaintiff's Complaint and, in support thereof, avers as follows:

1.  On August 10, 2005, Plaintiff filed a Complaint alleging civil rights violations under 43 U.S.C. §1983 against several Defendants, including Steven A. Bishop. D.I.#2.

2.  On February 21, 2006, a waiver of service with 285 form was sent to Defendant, Steven A. Bishop, such that a response to Plaintiff's Complaint is due on April 24, 2006. See D.I. #12.

3.  The undersigned counsel will be representing Defendant, Steven A. Bishop, and respectfully requests an extension of time until May 5, 2006 in which to respond to Plaintiff's Complaint.

4. The undersigned defense counsel requests the brief extension of time to respond to Plaintiff's Complaint because counsel has been engaged in filing dispositive motions in two separate cases, which has impeded counsel's ability to file a response to Plaintiff's Complaint on or before April 24, 2006.

5. A brief extension of time for Defendant, Steven A. Bishop, to respond to Plaintiff's Complaint will not delay this matter to any significant extent and will not prejudice Plaintiff in any way.

**WHEREFORE**, Defendant, Steven A. Bishop, respectfully requests this Honorable Court to enter the attached Order, granting him an extension of time until May 5, 2006 in which to respond to Plaintiff's Complaint.

> MARSHALL, DENNEHEY, WARNER
> COLEMAN AND GOGGIN
>
> BY: */s/ Kevin J. Connors*
> KEVIN J. CONNORS, ESQUIRE
> Attorney I.D. No. 2135
> 1220 Market Street – 5th Floor
> Wilmington, DE 19801
> Telephone: 302-552-4302  Fax: 302-651-7905
> Attorney for Defendant, Steven A. Bishop

Dated: April 24, 2006

\15_A\LIAB\KJCONNORS\LLPG\348301\BAJOHNSON\13061\00439

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER JOSEPH DAVIS, <br> 225275 S.C.I./P.O. Box 500 <br> Georgetown, DE 19947 | : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | Case No. 05-583-JJF |
| v. | : <br> : | |
| STEVEN A. BISHOP, 98919 <br> Dewey Beach Police Department, SAM <br> MACKERT, Chief of Police, Dewey <br> Beach, and the TOWN OF DEWEY <br> BEACH, | : <br> : <br> : <br> : <br> : | JURY TRIAL REQUESTED |
| Defendant. | : <br> : | |

## **ORDER**

**AND NOW,** this _____ day of _____, 2006, upon consideration of the Motion of Defendant, Steven A. Bishop, for Extension of Time to Respond to Plaintiff's Complaint and of Plaintiff's Response thereto, it is **HEREBY ORDERED** that the Motion is **GRANTED** and that Defendant, Steven A. Bishop, shall respond to Plaintiff's Complaint on or before May 5, 2006.

_____
JUDGE JOSEPH J. FARNAN, JR.

\15_A\LIAB\KJCONNORS\LLPG\348316\BAJOHNSON\13061\00439

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| CHRISTOPHER JOSEPH DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN A. BISHOP, 98919 DEWEY BEACH POLICE DEPARTMENT, SAM MACKERT, CHIEF OF POLICE, DEWEY BEACH, AND THE TOWN OF DEWEY BEACH,<br><br>Defendants. | : : : : : : : : : : : : : : : : | Case No. 05-583-JJF<br><br><br>TRIAL BY JURY OF TWELVE DEMANDED |
|---|---|---|

## CERTIFICATION OF SERVICE

I, Kevin J. Connors, hereby certify that I have served upon all persons listed below two true and correct copies of MOTION OF DEFENDANTS, STEVEN A. BISHOP, FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT, RULE 7.1.1 STATEMENT AND PROPOSED ORDER in the above-captioned matter this date via e-filing and/or regular mail:

Christopher Joseph Davis
SBI#225275
SCI
P.O. Box 500
Georgetown, DE 19947

                        MARSHALL, DENNEHEY, WARNER
                        COLEMAN AND GOGGIN

BY:  */s/ Kevin J. Connors*
        KEVIN J. CONNORS, ESQUIRE
        Attorney I.D. No. 2135
        1220 Market Street – 5th Floor
        Wilmington, DE 19801
        Telephone: 302-552-4302 Fax: 302-651-7905
        Attorney for Defendant, Steven A. Bishop

Dated: April 24, 2006