IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER JOSEPH DAVIS,<br>225275 S.C.I./P.O. Box 500<br>Georgetown, DE 19947 | : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | Case No. 05-583-JJF |
| v. | : <br> : | |
| STEVEN A. BISHOP, 98919<br>Dewey Beach Police Department, SAM<br>MACKERT, Chief of Police, Dewey<br>Beach, and the TOWN OF DEWEY<br>BEACH, | : <br> : <br> : <br> : <br> : <br> : | JURY TRIAL REQUESTED |
| Defendant. | : | |

## RULE 7.1.1 STATEMENT OF DEFENDANT, STEVEN A. BISHOP

Undersigned counsel for Defendant, Steven A. Bishop, hereby certifies that he is unable to contact Pro Se Plaintiff, Christopher Joseph Davis, directly by telephone to determine whether he consents to the relief requested because Plaintiff is currently incarcerated at the Sussex Correctional Institution in Georgetown, Delaware.

MARSHALL, DENNEHEY, WARNER
COLEMAN AND GOGGIN

BY:  */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQUIRE
Attorney I.D. No. 2135
1220 Market Street – 5th Floor
Wilmington, DE 19801
Telephone: 302-552-4302 Fax: 302-651-7905
Attorney for Defendant, Steven A. Bishop

Dated: April 24, 2006

\15_A\LIAB\KJCONNORS\LLPG\348305\BAJOHNSON\13061\00439