4/16/6

To the Court:

I am in receipt of a motion to dismiss my complaint against the Town of Dewey Beach. I have begun my review of their claims and reasons, but am only allowed an hour each week in the law library to attempt to respond to this team of lawyers.

Once again, I respectfully ask the court to appoint counsel to assist me in my civil rights claim. I contend that the officer's testimony under oath that he "Flung me" off the hood of a car before placing me under arrest should at least warrant further investigation into my claims of assault and excessive use of force.

Unfortunately, I am without funds to hire a lawyer and very restrained in the amount of time I am allowed each week to try and learn case law and civil procedure.

Please consider my request.

Thank You

Christopher Davis
225275
S.C.I., Key.C
Georgetown DE 19947



FILED
APR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned

Christopher Davis
I/M: 235027    BLDG: KE7-C
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

District Court
Lock Box 18
King Street
Wilmington, DE 19801