IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER JOSEPH DAVIS,<br>225275 S.C.I./P.O. Box 500<br>Georgetown, DE 19947 | : | |
| Plaintiffs, | : | Case No. 05-583-JJF |
| v. | : | |
| STEVEN A. BISHOP, 98919<br>Dewey Beach Police Department, SAM<br>MACKERT, Chief of Police, Dewey<br>Beach, and the TOWN OF DEWEY<br>BEACH, | : | JURY TRIAL REQUESTED |
| Defendant. | : | |

## ORDER

AND NOW, this __25__ day of __April__, 2006, upon consideration of the Motion of Defendant, Steven A. Bishop, for Extension of Time to Respond to Plaintiff's Complaint and of Plaintiff's Response thereto, it is **HEREBY ORDERED** that the Motion is **GRANTED** and that Defendant, Steven A. Bishop, shall respond to Plaintiff's Complaint on or before May 5, 2006.

JUDGE JOSEPH J. FARNAN, JR.

\15_A\LIAB\KJCONNORS\LLPG\348316\BAJOHNSON\13061\00439