## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER JOSEPH DAVIS, : | |
| : | Case No. 05-583-JJF |
| Plaintiff, : | |
| : | |
| v. : | TRIAL BY JURY OF TWELVE DEMANDED |
| : | |
| STEVEN A. BISHOP (98919), : | |
| DEWEY BEACH POLICE : | |
| DEPARTMENT, SAM MACKERT, : | |
| CHIEF OF POLICE, DEWEY BEACH, | |
| AND THE TOWN OF DEWEY BEACH, | |
| | |
| Defendants. | |

### MOTION OF DEFENDANT, STEVEN A. BISHOP (98919), TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Steven A. Bishop (98919), through his undersigned counsel, hereby moves this Honorable Court to enter the attached Order, dismissing plaintiff's Complaint against him and, in support thereof, avers as follows:

1. Defendant, Steven A. Bishop (98919), requests this Honorable Court to dismiss plaintiff's Complaint against him for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Motion of Defendant, Steven A. Bishop (98919), to Dismiss Plaintiff's Complaint.

WHEREFORE, defendant, Steven A. Bishop (98919), respectfully moves this Honorable Court to dismiss plaintiff's Complaint against him with prejudice.

        MARSHALL, DENNEHEY, WARNER
        COLEMAN AND GOGGIN

BY:  */s/Kevin J. Connors*
    KEVIN J. CONNORS, ESQUIRE
    Attorney I.D. No. 2135
    1220 Market Street – 5th Floor
    Wilmington, DE 19801
    Telephone: 302-552-4302 Fax: 302-651-7905
    Attorney for Defendants, Steven A. Bishop (98919),
    Dewey Beach Police Department, Sam Mackert,
    Chief of Police, and Town of Dewey Beach

Dated: May 5, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\350539\ESTHOMPSON\13061\00439