## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER JOSEPH DAVIS, | : | Case No. 05-583-JJF |
| | : | |
| Plaintiff, | : | |
| | : | TRIAL BY JURY OF TWELVE DEMANDED |
| v. | : | |
| | : | |
| STEVEN A. BISHOP (98919), | : | |
| DEWEY BEACH POLICE | : | |
| DEPARTMENT, SAM MACKERT, | : | |
| CHIEF OF POLICE, DEWEY BEACH, | : | |
| AND THE TOWN OF DEWEY BEACH, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

## **ORDER**

And now this ____ day of _____, 2006, upon consideration of the Motion of Defendant, Steven A. Bishop (98919), to Dismiss Plaintiff's Complaint with Memorandum of Points and Authorities, it is hereby Ordered that defendant's Motion to Dismiss is Granted and plaintiff's Complaint against Steven A. Bishop (98919) is Dismissed with Prejudice.

_____
Judge Joseph J. Farnan

\15_A\LIAB\ESTHOMPSON\LLPG\350538\ESTHOMPSON\13061\00439