## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER JOSEPH DAVIS, | : | |
| | : | Case No. 05-583-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | TRIAL BY JURY OF TWELVE DEMANDED |
| | : | |
| STEVEN A. BISHOP (98919), | : | |
| DEWEY BEACH POLICE | : | |
| DEPARTMENT, SAM MACKERT, | : | |
| CHIEF OF POLICE, DEWEY BEACH, | : | |
| AND THE TOWN OF DEWEY BEACH, | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of MOTION OF DEFENDANT, STEVEN A. BISHOP (98919), TO DISMISS PLAINTIFF'S COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES in the above-captioned matter this date via e-filing and/or regular mail:

Christopher Joseph Davis
225275 S.C.I.
PO Box 500
Georgetown, DE 19947

        MARSHALL, DENNEHEY, WARNER
        COLEMAN AND GOGGIN

BY:   */s/ Kevin J. Connors*
        KEVIN J. CONNORS, ESQUIRE
        Attorney I.D. No. 2135
        1220 Market Street – 5th Floor
        Wilmington, DE 19801
        Telephone: 302-552-4302 Fax: 302-651-7905
        Attorney for Defendants, Steven A. Bishop (98919),
        Dewey Beach Police Department, Sam Mackert,
        Chief of Police, and Town of Dewey Beach

Dated: May 5, 2006
\15_A\LIAB\ESTHOMPSON\LLPG\350540\ESTHOMPSON\13061\00439