## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER JOSEPH DAVIS, | : | |
| | : | Case No. 05-583-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | TRIAL BY JURY OF TWELVE DEMANDED |
| | : | |
| STEVEN A. BISHOP (98919), | : | |
| DEWEY BEACH POLICE | : | |
| DEPARTMENT, SAM MACKERT, | : | |
| CHIEF OF POLICE, DEWEY BEACH, | : | |
| AND THE TOWN OF DEWEY BEACH, | : | |
| | : | |
| Defendants. | : | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION

Defendants object to Plaintiff's Request for Production dated April 25, 2006 as being premature. The Court has not issued a Case Scheduling Order and Defendants have filed Motions to Dismiss Plaintiff's Complaint which are currently pending before this Court. Defendants' objection is without waiver of the right to assert substantive objections to Plaintiff's Request for Production, if and when discovery proceeds.

> MARSHALL, DENNEHEY, WARNER
> COLEMAN AND GOGGIN
>
> BY: */s/Kevin J. Connors*
> KEVIN J. CONNORS, ESQUIRE
> Attorney I.D. No. 2135
> 1220 Market Street – 5th Floor
> Wilmington, DE 19801
> Telephone: 302-552-4302 Fax: 302-651-7905
> Attorney for Defendants, Steven A. Bishop (98919),
> Dewey Beach Police Department, Sam Mackert,
> Chief of Police, and Town of Dewey Beach

Dated: May 5, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\350787\ESTHOMPSON\13061\00439