## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER JOSEPH DAVIS, | : |
| | : Case No. 05-583-JJF |
| Plaintiff, | : |
| | : |
| v. | : TRIAL BY JURY OF TWELVE DEMANDED |
| | : |
| STEVEN A. BISHOP (98919), DEWEY BEACH POLICE DEPARTMENT, SAM MACKERT, CHIEF OF POLICE, DEWEY BEACH, AND THE TOWN OF DEWEY BEACH, | : |
| | : |
| Defendants. | : |

### CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION in the above-captioned matter this date via e-filing and/or regular mail:

Christopher Joseph Davis
225275 S.C.I.
PO Box 500
Georgetown, DE 19947

        MARSHALL, DENNEHEY, WARNER
        COLEMAN AND GOGGIN

BY:   */s/ Kevin J. Connors*
      KEVIN J. CONNORS, ESQUIRE
      Attorney I.D. No. 2135
      1220 Market Street – 5th Floor
      Wilmington, DE 19801
      Telephone: 302-552-4302 Fax: 302-651-7905
      Attorney for Defendants, Steven A. Bishop (98919), Dewey Beach Police Department, Sam Mackert, Chief of Police, and Town of Dewey Beach

Dated: May 5, 2006
\15_A\LIAB\ESTHOMPSON\LLPG\350789\ESTHOMPSON\13061\00439