To the court:

5/13/06

OS-583(JJF)

Not only am I overwhelmingly faced with a team of lawyers attempting to brush away my civil rights claims but the Town of Dewey Beach is using the press to release false information and slander my character.

FILED
MAY 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

As plainly seen in the enclosed newspaper, the police department gave this reporter information that I was in possession of a "billy club and brass knuckles" when in fact the only "weapon" I am charged with possessing was a 13" nail puller that I was using as a key to start my Buick.

They also released information that I bit officer Bishop which is also a fabrication (see enclosed transcript).

I would request that the court issue an order for the city to refrain from slandering me in the press and take the appropriate steps to correct this misinformation.

In addition I would like to Amend my origional complaint to include slander in my allegations of civil liberty violation.

The people in the Law library are unable to advise me as to a date I need to reply to Defendant's motion to dismiss, dated March 28, 2006. As I have written the court requesting counsel, and have but one hour a week to devote to legal research, I expect to need at least another month to reply. I am now also in possession of Defendant's 2nd Motion to dismiss, dated May 5, 2006, and have every intention to reply to that as well.

Would the court please advise me as to time constraints, if I need to file a request for more time, and answer my petition for counsel?

Thank You,
Christopher Davis
225275
S.C.I.

# Dewey Beach police sued for manhandling

### By Molly Albertson
### Cape Gazette staff

Christopher Davis was convicted of driving under the influence last summer in Dewey Beach.

Davis has now filed suit, saying police used unnecessary force when they arrested him.

From his cell in Sussex Correctional Institution in Georgetown, Davis is suing the town, the police department and two individual officers.

He was convicted of a fourth-time felony offense of driving under the influence (DUI), reckless burning and terroristic threatening. He was sentenced to at least six months in jail and a mandatory drug and alcohol treatment program, with five years of probation.

But Davis said he was "forcibly cuffed and manhandled, denied the right to go to the bathroom." He also said officers failed to search his pocket, which contained a lighter that later became a danger to him while in custody.

Davis said he had bruises all over his body.

He is seeking compensation for "endangered welfare, pain, humiliation and future medical expenses."

Town attorney Rob Witsil, who is overseeing the case said, "We will zealously defend the town and file pre-trial motions for dismissal."

Davis was stopped for driving down the middle of Route 1 at 1 a.m. on May 15, according to the police report, which describes one calamity after another for both the police and the defendant.

Davis was intoxicated, had brass knuckles and a club, and resisted arrest. Officer Steven Bishop pulled Davis over on Josephine Street, where he failed a series of field sobriety tests, sat on the hood of the patrol car, refused to move, and was "removed" from the car by Bishop.

The two men then got into a wrestling match and back-up assistance was requested. Davis was placed into the second squad car, but he kicked out the rear window.

Part-time officers Brandon Elliott and Brooks Jenny responded to the call and helped Bishop bring the defendant to Beebe Medical Center for blood testing.

"He was intoxicated with a controlled substance," said Elliott.

Davis then bit Bishop and was driven back to Dewey Beach. Police said he also threatened to kill Bishop, and was then charged with terroristic threatening.

Once in jail, Davis set a bench on fire in his cell, using the lighter he is now suing the city for not taking away from him. Davis' suit claims police neglected to remove the lighter, which endangered Davis.

Davis also disassembled his watch in attempt to get out of a window, the report read.

The suit was filed Jan. 2 in federal district court, Witsil said. "It's in the very preliminary stages," Witsil said. Attorneys in Wilmington, who work for the town's insurance company, will litigate the case, Witsil said.

Lowes' Canalfront Park construction begins:

TUES, FEB 14 - Thurs FEB 16, 2006
Cape Gozette



1      Q.   Once he got out of the seat belt, did he

2   cause any damage to the patrol vehicle?

3      A.   Yes, he kicked out my right rear window.

4      Q.   Were you assisted by PFC Bullard with this

5   incident?

6      A.   Yes, sir, he assisted me to Lewis hospital in

7   getting Mr. Davis into the hospital.

8      Q.   Was PFC Bullard caught up in the incident in

9   anyway?

10     A.   Yes, Mr. Davis attempted to bite PFC Bullard.

11     Q.   Was it an attempt or did he actually bite

12   him?

13     A.   No.  He made contact with his uniform.  He

14   didn't make contact with the skin, though.

15     Q.   Now, upon arriving -- was this Beebe

16   Hospital?

17     A.   Yes, sir.

18     Q.   Did you notice whether Mr. Davis' clothes

19   were soiled in any way?

20     A.   Not until he got in the hospital.

21     Q.   But once in the hospital, did you notice they

22   were soiled?

23     A.   Yes, sir.

DAVID WASHINGTON
Official Court Reporter

B -30

1    patrol car hood.

2         Q.   Did he get off the car?

3         A.   He looked at me.

4         Q.   At any time did he, on his own, get off the

5    hood of your patrol car?

6         A.   Not on his own, no, sir.

7         Q.   Did you then go over and attempt to remove

8    him from the hood of the patrol car?

9         A.   Yes, I grabbed him by both arms and flung him

10   off the hood of the car.

11        Q.   He then cooperated with you?

12        A.   No, sir.

13        Q.   And at that point you attempted to arrest

14   him?

15        A.   Yes, sir, I did.

16        Q.   And then again, did he cooperate?

17        A.   No, sir.

18        Q.   Did you lose any of your equipment during the

19   struggle with the defendant?

20        A.   My flashlight went flying.  However, I

21   recovered that after I placed him in handcuffs.

22        Q.   Was you uniform damaged in any way?

23        A.   Yes, sir.  I had six pockets on my BDU

DAVID WASHINGTON
Official Court Reporter

## CERTIFICATE OF SERVICE

I *Christopher Daw*, hereby certify that I have served a true and correct copy of the attached _LETTER / MOTION_ upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|------|--------|----------------|
| Kevin Connors | 1220 Market St 5th floor | Wilmington DE 19801 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This _12th_ day of _MAY_, _2006_



Christopher Davis
I/M: 252275   BLDG: W-C
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE   19947

U.S. POSTAGE
$00.630
FROM ZIP CODE
1366
7953   PB 22 30370
3360   MAY 15 06
19947

District Court
Lock Box 18
King Street
Wilmington — DE
19801