IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER JOSEPH DAVIS, | : | |
| | : | Case No. 05-583-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | TRIAL BY JURY OF TWELVE DEMANDED |
| | : | |
| STEVEN A. BISHOP (98919), | : | |
| DEWEY BEACH POLICE | : | |
| DEPARTMENT, SAM MACKERT, | : | |
| CHIEF OF POLICE, DEWEY BEACH, | : | |
| AND THE TOWN OF DEWEY BEACH, | : | |
| | : | |
| Defendants. | : | |

**MOTION OF DEFENDANTS TO**
**SEAL DOCUMENTS**

Defendants, through their undersigned counsel, hereby move this Honorable Court to enter the attached Order, sealing Exhibit "B" attached to the Memorandum of Points and Authorities in Support of Motion of Defendants, Dewey Beach Police Department, Sam Mackert, Chief of Police and Town of Dewey Beach, To Dismiss Plaintiff's Complaint and the Memorandum of Points and Authorities in Support of Motion of Defendant, Steven A. Bishop (98919), to Dismiss Plaintiff's Complaint and, in support thereof, avers as follows:

1. On March 28, 2006, Defendants, Dewey Beach Police Department, Sam Mackert, Chief of Police and Town of Dewey Beach, filed a Motion to Dismiss. Accompanying the Motion was a Memorandum of Points and Authorities in Support of Motion of Defendants, Dewey Beach Police Department, Sam Mackert, Chief of Police and Town of Dewey Beach, to Dismiss Plaintiff's Complaint. Exhibit "B" attached to the Memorandum of Points and Authorities consisted of a police report dated May 15, 2005 which contained personal identifying information. D.I. #14.

2. On May 5, 2006, Defendant, Steven A. Bishop (98919), filed a Motion to Dismiss. Accompanying the Motion was a Memorandum of Points and Authorities in Support of Motion

of Defendant, Steven A. Bishop (98919), to Dismiss Plaintiff's Complaint. Exhibit "B" attached to the Memorandum of Points and Authorities consisted of a police report dated May 15, 2005 which contained personal identifying information. D.I. #18.

WHEREFORE, defendants respectfully move this Honorable Court to grant the accompanying Order sealing Exhibit "B" attached to the Memorandum of Points and Authorities in Support of Motion of Defendants, Dewey Beach Police Department, Sam Mackert, Chief of Police and Town of Dewey Beach, to Dismiss Plaintiff's Complaint and the Memorandum of Points and Authorities in Support of Motion of Defendant, Steven A. Bishop (98919), to Dismiss Plaintiff's Complaint.

MARSHALL, DENNEHEY, WARNER
COLEMAN AND GOGGIN

BY: */s/Kevin J. Connors*
KEVIN J. CONNORS, ESQUIRE
Attorney I.D. No. 2135
1220 Market Street – 5th Floor
Wilmington, DE 19801
Telephone: 302-552-4302 Fax: 302-651-7905
Attorney for Defendants, Steven A. Bishop (98919),
Dewey Beach Police Department, Sam Mackert,
Chief of Police, and Town of Dewey Beach

Dated: June 14, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\358218\ESTHOMPSON\13061\00439