IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER JOSEPH DAVIS, | : |
| | : Case No. 05-583-JJF |
| Plaintiff, | : |
| | : |
| v. | : TRIAL BY JURY OF TWELVE DEMANDED |
| | : |
| STEVEN A. BISHOP, 98919 | : |
| DEWEY BEACH POLICE | : |
| DEPARTMENT, SAM MACKERT, | : |
| CHIEF OF POLICE, DEWEY BEACH, | : |
| AND THE TOWN OF DEWEY BEACH, | : |
| | : |
| Defendants. | : |

**CERTIFICATION OF SERVICE**

I hereby certify that I have served upon all persons listed below two true and correct copies of MOTION OF DEFENDANTS TO SEAL DOCUMENTS in the above-captioned matter this date via e-filing and/or regular mail:

Christopher Joseph Davis
225275 S.C.I.
PO Box 500
Georgetown, DE 19947

                                    MARSHALL, DENNEHEY, WARNER
                                    COLEMAN AND GOGGIN

                               BY: */s/ Kevin J. Connors*
                                    KEVIN J. CONNORS, ESQUIRE
                                    Attorney I.D. No. 2135
                                    1220 Market Street – 5th Floor
                                    Wilmington, DE 19801
                                    Telephone: 302-552-4302 Fax: 302-651-7905
                                    Attorney for Defendants, Dewey Beach Police
                                    Department, Sam Mackert, Chief of Police, and
                                    Town of Dewey Beach

Dated: June 14, 2006
\15_A\LIAB\ESTHOMPSON\LLPG\358510\ESTHOMPSON\13061\00439