IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER JOSEPH DAVIS, | : | Case No. 05-583-JJF |
| Plaintiff, | : | |
| v. | : | TRIAL BY JURY OF TWELVE DEMANDED |
| STEVEN A. BISHOP (98919), DEWEY BEACH POLICE DEPARTMENT, SAM MACKERT, CHIEF OF POLICE, DEWEY BEACH, AND THE TOWN OF DEWEY BEACH, | : | |
| Defendants. | : | |

## ORDER

And now this __19__ day of __June__, 2006, upon consideration of the Motion of Defendants to Seal Documents, it is hereby Ordered that Defendants' Motion is granted and Exhibit "B" attached to the Memorandum of Points and Authorities in Support of Motion of Defendants, Dewey Beach Police Department, Sam Mackert, Chief of Police and Town of Dewey Beach, To Dismiss Plaintiff's Complaint and the Memorandum of Points and Authorities in Support of Motion of Defendant, Steven A. Bishop (98919), to Dismiss Plaintiff's Complaint shall be sealed.

_____
UNITED STATES DISTRICT COURT JUDGE

\15_A\LIAB\ESTHOMPSON\LLPG\358220\ESTHOMPSON\13061\00439