IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER JOSEPH DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-583-JJF |
| ) | |
| STEVEN A. BISHOP, et al., ) | |
| ) | |
| Defendants. ) | |

### O R D E R

Before the Court are two motions to dismiss filed by Defendants Dewey Beach Police Department, Sam Mackert, the Town of Dewey Beach, and Steven A. Bishop. (D.I. 14, 18.) The motions seek dismissal pursuant to Fed. R. Civ. P. 12(b)(6). In both motions, Defendants have submitted matters outside the pleading, including copies of a police report and a sentence order.

The Federal Rules of Civil Procedure provide that when a motion to dismiss is filed pursuant to Rule 12(b)(6) and matters outside the pleadings are presented to and not excluded by the court, the matter shall be treated as one for summary judgment and disposed of as provided in Fed. R. Civ. P. 56. Fed. R. Civ. P. 12(b). The Court will consider the exhibits submitted by Defendants, and in accordance with Rule 12(b) will treat the motions to dismiss as motions for summary judgment.

THEREFORE, at Wilmington this 26 day of June, 2006, IT IS ORDERED that:

1. The motions to dismiss (D.I. 14, 18) shall be treated as motions for summary judgment pursuant to Fed. R. Civ. P. 56.

2. The parties are given **thirty** days from the date of this Order to present all material pertinent to a Rule 56 motion.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE