**EXHIBIT "B"**

## Initial Crime Report

| | |
|---|---|
| UN 05/15/2005  0105 | SUN  05/15/2005  0105 |

Saint Louis ST    Dewey Beach, DE 19971
T 1/ST.LOUIS ST. N/B

2. and Incident Overview
UI/ Subject Driving in the Center of both the right and left lane of SR 1

| | Sector | County | Domestic Related | 4-H-14 Rept? | Gen Broadcast Sent? |
|---|---|---|---|---|---|
| 8-106 | 73 | Sussex | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |

### Victim Information

| Sim Number | Name |
|---|---|
| 01 | DEWEY BEACH POLICE DEPARTMENT |

| | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| overnment | | | | | |

| Address | Resident Status | Business Telephone | Cell Phone |
|---|---|---|---|
| ewy Beach, DE 19971 | | (302) 227-1110 | |

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | |
| | | | Description of Injuries |

| Num Number | Name |
|---|---|
| 2 | BULLARD, PFC |

| | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| dividual | Male | White | Non-Hispanic | | |

| Address | Resident Status | Home Telephone | Cell Phone |
|---|---|---|---|
| wes, DE 19958 | Non Resident | | |

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | |
| | | | Description of Injuries |

| m Number | Name |
|---|---|
| 3 | |

| | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| ciety/Public | | | | | |

| Address | Resident Status | Home Telephone | Cell Phone |
|---|---|---|---|
| | | | |

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | |
| | | | Description of Injuries |

### Suspect/Defendant Information

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 1 | Defendant | | DAVIS, CHRISTOPHER JOSEPH | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| le | White | Non-Hispanic | 35 | 1969 | 5' 05" | 170 | Fair | Brown |

| Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| WN | | | | | | Average | |

| | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| se | | Non Resident | | Club/Blackjack/Brass Knuckles |

| Address | Home Telephone | Cell Phone |
|---|---|---|
| WES, DE 19958 | | |

| Number | Arrest Type | Suspect's Clothing Description |
|---|---|---|
| 667 | Warrant | |

| Employer/School | | Work Telephone |
|---|---|---|

### Crimes and Associated Information

| Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| | 011 | DE:11:0802:000a:F:D | Arson Second Degree |

| ation Of Offense | Status | Involvement | Sexual Offense |
|---|---|---|---|
| overnment/Public Building | Adult Arrest 05/15/2005 | ☒ Alcohol ☐ Drugs ☐ Computer | |

| spected Hate/Bias | Crime Code |
|---|---|
| ☐ Yes ☒ No N/A | 2031C1 - Arson/Jails/Correction Centers/Detention Facilities Human Life Endangered/Inhabited |

| ting Officer | Supervisor Approval |
|---|---|
| LM BISHOP  - 98919 2 | J W HOCKER  OJDB:JWH  Date 11/01/2005  2200 |

## Crimes and Associated Information

| Burglary Force Involved | ☐ Yes ☐ No | | | |
|---|---|---|---|---|
| Property Category | Other | Value | 200.00 | |
| Item Type | (All Types) | Serial Number | | Brand |
| Model | | Item Style | | |

Extended Description: BURNED THE HOLDING CELL BENCH

| MO Class | Suspect's General Actions | MO Description | SUBJECT URINATED ON SEAT |
|---|---|---|---|
| Evidence Type | Other Items | Date Collected | /2005 | Time Collected | 0320 | Collected By | PTLM BISHOP |
| Address | [redacted] | Other Location | DBPD DOWNSTAIRS HOLDING CELL |

Place Found: IN DOWNSTAIRS CELL.

Type of Processing: Photo Processing: 35mm
Disposition: PENDING, PLACED IN DBPD EVIDENCE LOCKER

Description: ONE BLUE BIC LIGHTER, ONE PACK OF SPENT MATCHES

| Item Style | Item Type | Serial Number | Brand | Model | Item Type |

| Item Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 1 | 012 | DE:11:0811:00A1:M: | Criminal Mischief Under $1000 Damage Property |

Location Of Offense: Highway/Roadway/Alley/Street
Status: Adult Arrest 05/15/2005
Involvement: ☒ Alcohol ☐ Drugs ☐ Computer
Suspected Hate/Bias: ☐ Yes ☒ No - N/A
Crime Code: 2903 - Damage/Public Property
Burglary Force Involved: ☐ Yes ☐ No

| Property Category | Other | Value | 400.00 |
| Item Type | (All Types) | Serial Number | Brand |
| Model | | Item Style | |

Extended Description: ONE REAR RIGHT PASSENGER CAR WINDOW

MO Class: Criminal Mischief Actions
MO Description: Breaking Car Windows

| Item Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 2 | 004 | DE:11:0601:00a1:M:A | Offensive Touching of Law Enforcement Officer, Ambulance Attendant, EMT, Firefighter, Corrections Officer or Medical Professional |

Location Of Offense: Highway/Roadway/Alley/Street
Status: Adult Arrest 05/15/2005
Involvement: ☒ Alcohol ☐ Drugs ☐ Computer
Suspected Hate/Bias: ☐ Yes ☒ No - N/A
Crime Code: 13134R - Offensive Touching/Other Assaults/Non-Aggravated
Burglary Force Involved: ☐ Yes ☐ No
Weapon/Force Used: Other
Police Assignment: Other/Assisted
Police Activity: Handling/Transporting/Custody of Prisoners

MO Class: Suspect's General Actions — MO Description: BITE A POLICE OFFICER
MO Class: Means of Attack — MO Description: MOUTH/TEETH
MO Class: Force Inflicted — MO Description: BITING A POLICE OFFICER

| Item Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 3 | 001 | DE:11:1443:000A:M:A | Carry a Concealed Dangerous Instrument |

Location Of Offense: Highway/Roadway/Alley/Street
Status: Adult Arrest 05/15/2005
Involvement: ☒ Alcohol ☐ Drugs ☐ Computer
Suspected Hate/Bias: ☐ Yes ☒ No - N/A
Crime Code: 5202 - Carrying a Concealed Deadly Weapon/Deadly Instrument/CCDW/CCDI
Burglary Force Involved: ☐ Yes ☐ No
Criminal Activity: Possessing/Concealing
Weapon/Force Used: Other
Evidence Type: Other Weapons (not firearms)
Date Collected: 05/15/2005
Time Collected: 0127
Collected By: PTLM. JENNEY

---

Reporting Officer: PTLM BISHOP - 98919 2
Supervisor Approval: J W HOCKER OJDRJWH   Date 11/01/2005 2201

## Crimes and Associated Information

**Address:** Saint Louis ST, Dewey Beach
**Other Location:** JOSEPHINE STREET
**Place Found:** LODGED UNDER THE FRONT BUCKET SEAT ON DRIVER SIDE
**Type of Processing:** Photo Processing: 35mm
**Disposition:** PENDING, PLACED IN DBPD EVIDENCE
**Description:** ONE 13 INCH STEEL CROW BAR

| Action Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 03 | 002 | DE:11:1257:0000:M:A | Resisting Arrest |

**Location Of Offense:** Highway/Roadway/Alley/Street
**Status:** Adult Arrest 05/15/2005
**Involvement:** ☒ Alcohol ☐ Drugs ☐ Computer
**Suspected Hate/Bias:** ☐ Yes ☒ No - N/A
**Crime Code:** 4801 - Resisting Arrest
**Burglary Force Involved:** ☐ Yes ☐ No

**Damaged Property**
**Property Category:** Other
**Value:** 600.00
**Item Type:** Bench
**Serial Number:**
**Brand:**
**Model:**
**Item Style:**
**Extended Description:** ONE BLUE HOLDING CELL WOODEN BENCH

**MO**
| MO Class | MO Description |
|---|---|
| Tool Used | LIGHTER/MATCHES |
| Suspect's General Actions | USED LIGHTER |
| Suspect's General Actions | Used Matches |
| Criminal Mischief Actions | Burned |
| Criminal Mischief Actions | Damaged Item (Describe) |
| Structure Type | Government/Public Building |
| Security Features Installed | SECURITY CAMERA INSTALLED |

**Evidence Information**
**Evidence Type:** Other Items
**Date Collected:** 05/15/2005
**Time Collected:** 0320
**Collected By:** PTLM. BISHOP
**Address:** ▓▓▓▓▓▓▓▓▓ Dewey Beach
**Other Location:** DOWNSTAIRS DEPARTMENT HOLDING CELL
**Place Found:** DOWNSTAIRS DEPARTMENT HOLDING CELL
**Type of Processing:** Photo Processing: 35mm
**Disposition:** 1 BLUE LIGHTER CAUGHT ON FIRE, ONE PACK OF MATCHES
**Description:** ONE BLUE BIC LIGHTER, ONE PACK OF SPENT MATCHES
**Item Style:** | **Item Type:** | **Serial Number:** | **Brand:** | **Model:** | **Item Type:**

| Item Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 3 | 003 | DE:11:1257:0000:M:A | Resisting Arrest |

**Location Of Offense:** Highway/Roadway/Alley/Street
**Status:** Adult Arrest 05/15/2005
**Involvement:** ☒ Alcohol ☐ Drugs ☐ Computer
**Suspected Hate/Bias:** ☐ Yes ☒ No - N/A
**Crime Code:** 4801 - Resisting Arrest
**Burglary Force Involved:** ☐ Yes ☐ No

| Item Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 3 | 005 | DE:11:1301:001A:M | Disorderly Conduct - Fighting or Violent Tumultuous or Threatening Behavior |

**Location Of Offense:** Highway/Roadway/Alley/Street
**Status:** Adult Arrest 05/15/2005
**Involvement:** ☒ Alcohol ☐ Drugs ☐ Computer
**Suspected Hate/Bias:** ☐ Yes ☒ No - N/A
**Crime Code:** 5399 - Public Peace/Free Text/Criminal Nuisance
**Burglary Force Involved:** ☐ Yes ☐ No

| Item Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 3 | 006 | DE:11:1301:001B:M | Disorderly Conduct - Noise Offensive Utterance Gesture Display Abusive Language |

**Recording Officer:** PTLM BISHOP - 98919 2
**Supervisor Approval:** J W HOCKER OJDBJWH Date 11/01/2005 2201

## Crimes and Associated Information

| Field | Value |
|---|---|
| ation Of Offense | ighway/Roadway/Alley/Street |
| Status | Adult Arrest 05/15/2005 |
| Involvement | [X] Alcohol [ ] Drugs [ ] Computer |
| General Offense | |
| spected Hate/Bias | Yes [X] No - N/A |
| Crime Code | 5399 - Public Peace/Free Text/Criminal Nuisance |
| glary Force Involved | Yes [ ] No |

| Field | Value |
|---|---|
| aged rty | Property Category: Other |
| Value | 500.00 |
| Item Type | (All Types) |
| Serial Number | |
| Brand | |
| Model | |
| Item Style | |
| Extended Description | ONE RIGHT REAR PASSENGER WINDOW BUSTED OUT |

| Field | Value |
|---|---|
| Property Category | Other |
| Value | 4.00 |
| Item Type | (All Types) |
| Serial Number | |
| Brand | |
| Model | |
| Item Style | |
| Extended Description | ONE POLICE TOW SLIP BOOK URINATED ON AND DESTROYED |

| Field | Value |
|---|---|
| MO Class | Criminal Mischief Actions |
| MO Description | Break Vehicle Windows |

| Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| | 008 | LO:CA:L FU:GITI:V:E | Local Fugitive/Wanted |

| Field | Value |
|---|---|
| ation Of Offense | ghway/Roadway/Alley/Street |
| Status | Pending Inactive |
| Involvement | [X] Alcohol [ ] Drugs [ ] Computer |
| General Offense | |
| pected Hate/Bias | Yes [X] No - N/A |
| Crime Code | 4999 - Local Fugitive/Wanted |
| glary Force Involved | Yes [ ] No |

| Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| | 009 | DE:21:4177:00A3:F:E | 4th Offense Driving a Vehicle Under the Influence of a Combination of Alcohol and Any Drug |

| Field | Value |
|---|---|
| ation Of Offense | ghway/Roadway/Alley/Street |
| Status | Adult Arrest 05/15/2005 |
| Involvement | [X] Alcohol [ ] Drugs [ ] Computer |
| General Offense | |
| pected Hate/Bias | Yes [X] No - N/A |
| Crime Code | 5499 - Traffic Offense/Free Text |
| glary Force Involved | Yes [ ] No |

| Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| | 010 | DE:21:2118:000M:M: | Failure to Show Proof of Insurance |

| Field | Value |
|---|---|
| ation Of Offense | ghway/Roadway/Alley/Street |
| Status | Adult Arrest 05/15/2005 |
| Involvement | [X] Alcohol [ ] Drugs [ ] Computer |
| General Offense | |
| pected Hate/Bias | Yes [X] No - N/A |
| Crime Code | 5499 - Traffic Offense/Free Text |
| glary Force Involved | Yes [ ] No |

## Associated Property Summary

| Stolen Property | Total Recovered Property | Total Seized Property | Total Damaged Property |
|---|---|---|---|
| .00 | $0.00 | $0.00 | $1,704.00 |

## Victim - Suspect/Defendant Relationships

| Victim | Suspect/Defendant - 001 | Victim Offender Relationship |
|---|---|---|
| - 004 WEY BEACH POLICE DEPARTMENT | DAVIS, CHRISTOPHER JOSEPH | Stranger |
| - 002 LLARD, PFC | DAVIS, CHRISTOPHER JOSEPH | Stranger |
| - 003 iety/Public | DAVIS, CHRISTOPHER JOSEPH | Victimless Crime |

## Investigative Narrative

tlm. Bishop of the Dewey Beach Police Department, was on routine patrol on May 15, 2005, at roximately 0105 hours when I observed Christopher Joseph Davis driving northbound (on Rt 1 and the intersection of St. Louis Street) down the center lane of the roadway halfway in the left e, and halfway in the right lane. Ptlm Bishop turned on his headlights and proceeded to sue the vehicle. Ptlm Bishop activated the emergency equipment on the vehicle and hit the en on the vehicle numerous times in order to get the drivers attention. The vehicle continued thbound and then made a right turn onto Josephine Ave. The vehicle stopped halfway down

| ting Officer | Supervisor Approval |
|---|---|
| M BISHOP - 98919 2 | J W HOCKER OJDBJWH Date 11/01/2005 2201 |

Investigative Narrative - Continued

osephine Avenue at which time the vehicle stopped and started backing up into a large dirt area
at was someones driveway. Ptlm Bishop exited the vehicle and banged on the drivers hood
umerous times and advised him to stop his vehicle and exit. The driver stopped the vehicle and
. that time Ptlm Bishop noticed that the ignition on the vehicle had been popped. Ptlm Bishop
d the subject exit the vehicle and the subject was immediately handcuffed for officer safety.
lm Bishop spoke with the driver and he advised that he had been coming from the Starboard in
wey Beach, he had been looking for pussy. Mr. Davis also advised that he had not been drinking
 all that evening. Ptlm Bishop could detect a strong odor of alcohol coming from Mr. Davis.
lm Bishop spoke with Mr. Davis for few minutes trying to obtain his license, registration and
oof of insurance. Mr. Davis was unable to provide his registration or insurance card. Ptlm
shop uncuffed Mr. Davis and advised him that he was going to have some field tests due to the
ct that I believed he was driving under the influence of alcohol. Mr. Davis advised me that he
d a two year college degree and that he knew his alphabet and could count properly. Mr. Davis
s first advised he would need to count backward from 69-51 and he counted 69-67 ok, jumped to
, 66, 64, started back at 64 and finished with 50. Mr. Davis, said B to E correctly and then
mped from E, F, I, H, F, I, G, H, T, J, L, M, N, O, P. Mr. Davis was advised he would need
 perform the One Leg Stand test and was explained how to conduct the test three times by Ptlm
shop. At that time Mr. Davis advised he would like Ptlm Bishop to perform the test with him.
lm Bishop advised he had explained the test three times and was not going to conduct the test
th Mr. Davis, Ptlm Bishop had to observe Mr. Davis while Mr. Davis conducted the test. At that
me Mr. Davis sat on the left side of Ptlm Bishop's police cruiser hood. Ptlm Bishop advised
. Davis that he would need to get off the vehicle that he was not allowed to sit on the hood.
. Davis said he was not going to get off the hood. Ptlm Bishop advised Mr. Davis one more time
fore Ptlm Bishop proceeded to remove Mr. Davis from the hood. Ptlm Bishop and Mr. Davis then
gan wrestling at which time Ptlm Bishops flashlight went flying and his right pant leg of his
iform issue BDU pants were torn on the right side. Ptlm Bishop called for 24-A at which time
lm Jenny and Ptlm Elliott arrived and helped Ptlm Bishop get Mr. Davis in handcuffs. Mr. Davis
s advised he was under arrest for DUI, resisting arrest and criminal mischief as well as for
iving in the Center lane. Ptlm Bishop placed Mr. Davis in the rear passenger portion of the
lice cruiser and secured Mr. Davis with a seatbelt. Mr. Davis managed to get out of the
atbelt two more times. After being buckled a third time Mr. Davis kicked out the rear right
ndow of Dewey Beach Police Department Car 829. Ptlm Jenny conducted a vehicle search of the
hicle and located a 13 inch crowbar underneath the drivers seat. Ptlm Jenny secured the item
 evidence. Ptlm Bishop and Ptlm Elliott then transferred Mr. Davis to Beebe Medical Center in
der to have blood drawn. Ptlm Bishop and Ptlm Elliott arrived at Beebe Medical Center and had
 call for assistance from Lewes Police Department in order to get subject into the hospital.
ile we were transporting Mr. Davis into the hospital Mr. Davis bit PFC Bullard 947-5 on the
oulder. Mr. Davis was then brought into the emergency room and blood was drawn at 0218 by Ann
llinger RN. Blood kit's # T 0346 and T 0355 were used. Ptlm Bishop noticed that Mr. Davis had
inated in his pants at the hospital and when Ptlm Bishop check his rear seat of his police car,
lm Bishop realized that Mr. Davis had urinated in the rear of his car as well. Ptlm Bishop and
lm Elliott transported Mr. Davis back to DBPD. At 0251 Mr. Davis advised Ptlm Bishop that he
s going to kill him. Ptlm Bishop and Ptlm Elliott arrived back at DBPD at 0300. At 0317 while
lm Bishop was obtaining articles from the processing room, Ptlm Bishop could detect the odor of
oke. Ptlm Bishop checked the cell and found Mr. Davis to be in possession of a blue lighter,
d a burned up match book. Mr. Davis had burned the bench in the holding cell. Mr. Davis had
so disassembled his watch in an effort to try to open one of the cell windows. Ptlm Bishop
rged the match book and the blue lighter at 0320. Ptlm Bishop proceeded to complete the rest
 the paperwork required to process Mr. Davis for DUI and for all criminal charges. A check of
 Davis's driving record showed that this DUI would be Mr. Davis's fourth offense DUI.

LM BISHOP - 98919 2    J W HOCKER OJDBJWH Date 11/01/2005 2201