IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER JOSEPH DAVIS, : | |
| : | C. A. No. 05-583-JJF |
| Plaintiff, : | |
| : | |
| v. : | TRIAL BY JURY DEMANDED |
| : | |
| STEVEN A. BISHOP (98919), : | |
| DEWEY BEACH POLICE : | |
| DEPARTMENT, SAM MACKERT, : | |
| CHIEF OF POLICE, DEWEY BEACH, : | |
| AND THE TOWN OF DEWEY BEACH, : | |
| : | |
| Defendants. : | |

### CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of the REPLY TO PLAINTIFF'S RESPONSE TO MOTION OF DEFENDANTS, DEWEY BEACH POLICE DEPARTMENT, SAM MACKERT, CHIEF OF POLICE, DEWEY BEACH AND TOWN OF DEWEY BEACH TO DISMISS PLAINTIFF'S COMPLAINT in the above-captioned matter this date by regular mail:

Christopher Davis
SBI#225275
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN AND GOGGIN

        BY:   /s/ Kevin J. Connors
            KEVIN J. CONNORS, ESQUIRE (I.D.#2135)
            1220 N. Market Street, 5th Floor
            P.O. Box 8888
            Wilmington, DE 19899
            (302) 552-4302
            **Attorneys for Defendants**

**DATED: July 26, 2005**
\15_A\LIAB\KJCONNORS\LLPG\366711\VLLUCAS\13601\00439