IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER JOSEPH DAVIS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-583-JJF |
| STEVEN A. BISHOP, et al., | : |
| Defendants. | : |

**O R D E R**

Therefore, at Wilmington this 29 day of September, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS ORDERED that:

1. The Motion of Defendants Dewey Beach Police Department, Sam Mackert, Chief of Police and Town of Dewey Beach to Dismiss Plaintiff's Complaint (D.I. 14) is **GRANTED**.

2. The Motion of Defendant Steven A. Bishop to Dismiss Plaintiff's Complaint (D.I. 18) is **GRANTED**.

3. The Clerk of the Court is ordered to enter judgment in favor of defendants and against plaintiff.

_____
UNITED STATES DISTRICT JUDGE