9/6/6

To the Court:

RE: Davis vs Bishop et al
CS # 1:05-cv-583 JJF

FILED
OCT 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I am in receipt of the court's decision to grant Defense's motion to dismiss my complaint.

It is my intention to appeal and/or at least be afforded the opportunity to submit the appropriate affidavits and medical documentation that the court's decision says I lack.

I am incarcerated and have no access to private doctors. After a year and a half of treating my condition with 2400 mg of Ibuprofen a day, Medical has finally conceded to send me out to a specialist for tests. Additionally, the Delaware correctional medical provider is currently under Federal Investigation.

The facility I am housed in does not allow me access to a law library. All requests I have made to counsellors, Staff Lt.'s, and the Warden have not been replied to. Without this access I cannot research the cases cited by the court, prepare an appeal, or even find out who I need to appeal to.

Please accept this letter as my intent to appeal and direct me to the appropriate court to appeal to.

Thank you
Christopher Davis
225275

Christopher Davis
(225275)
23207 Dupont Highway
Georgetown DE 19947

WILMINGTON DE 197
06 OCT 2005 PM 2 T

U.S. District Court
Lock Box 18
King St.
Wilmington DE 19801