IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER JOSEPH DAVIS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-583-JJF |
| STEVEN A. BISHOP, DEWEY BEACH POLICE DEPARTMENT, SAM MACKERT, and TOWN OF DEWEY BEACH, | : |
| Defendants. | : |

**JUDGMENT IN A CIVIL CASE**

For the reasons stated in the Court's Memorandum Opinion and Order issued on September 29, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants Steven A. Bishop, the Dewey Beach Police Department, Sam Mackert, and the Town of Dewey Beach and against Plaintiff Christopher Joseph Davis.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 17, 2006

_____
(By) Deputy Clerk