<u>Motion to Appeal</u>                                                    10/19/6

Civ Action No. 05-583-JJF
Christopher Joseph Davis v Steven A. Bishop, et al.

In reguard to the above case I hearby request my appeal be entered pertaining to court's granting Defendant's Dewey Beach Police Department, Sam Mackert, chief of Police, Town of Dewey Beach and Steven A. Bishop's motions to dismiss Plaintiff's complaints (D.I. 14 and D.I. 18).

I have previously written the court, but as I have received no reply as yet, I wanted to be sure that my motion was presented to the court within whatever time restraints may apply.

Again, I am being denied access to a Law Library. I would request the court's assistance, this seems to me to be a basic civil right that should be provided to inmates.

FILED
OCT 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bscanned

\* Please Change my Address in the computer



Thank You

Christopher Joseph Davis
(225275)
23207 Dupont Highway
Georgetown, DE 19947
(LV. IV, Crest Program)



WILMINGTON DE 197
24 OCT 2005 PM 3 T

U.S.M.S.
X-RAY

U.S. District Court
Lock Box 18
King Street
Wilmington DE 19801

Christopher Davis
(225075)
23207 Dupont Highway
Georgetown DE 19947