**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 06-4429</u>

Davis

vs.

Bishop, et al.

Christopher Joseph Davis SBI#225275, Appellant

(Delaware District Civil No. 05-cv-00583)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Marcia M. Waldron
Clerk

A True Copy:

Marcia M. Waldron, Clerk

Date: December 12, 2006
cc:
      Mr. Christopher Joseph Davis
      Kevin J. Connors, Esq.